1  PRINDLE GOETZ BARNES & REINHOLTZ, LLP
   R. Derek Classen (SBN 162805)
2  310 Golden Shore
   4th Floor
3  Long Beach, CA, 90017
   Tel: (562) 436-3946
4  Fax: (562) 495-0564
   dclassen@prindlelaw.com
5  TARG-0480
   Attorneys forDefendant
6  TARGET CORPORATION

7

8                    UNITED STATES DISTRICT COURT
9       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

10
   ANTHONY SPARKS,                    CASE NO:
11
                 PLAINTIFF,           NOTICE OF REMOVAL OF
12                                    ACTION UNDER 28 U.S.C. §1441(b)
         vs.                          [DIVERSITY]
13
   TARGET CORPORATION AND DOES
14 1 TO 10, INCLUSIVE,

15               DEFENDANT.

16

17    TO THE CLERK OF THE ABOVE-ENTITLED COURT:

18    PLEASE TAKE NOTICE that Defendant TARGET CORPORATION
19
   (hereinafter "TARGET"), hereby removes to this Court the state court action
20
   described below.
21
          1.    On or about September 15, 2020, an action was commenced in the
22
23 Superior Court of the State of California in the County of Los Angeles, entitled

24 ANTHONY SPARKS v. TARGET CORPORATION, et al., as Case Number

25 20STCV35249.  A copy of the Complaint is attached hereto as Exhibit "A."
26
27 ///

28

                                    1

2.     The first date upon which Defendant TARGET received a copy of said Complaint was September 16, 2020, when Defendant was served with a copy of the Complaint and a summons from the State Court.  A copy of the summons is attached hereto as Exhibit "B."

3.     Target filed its Answer in the State Court on November 6, 2020, a copy of which is attached as Exhibit "C."

4.     On December 11, 2020, Target received a copy of Plaintiff's statement of damages.  This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. §§ 1441(b) and 1446(b), in that it is a civil action between citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs, based upon Plaintiff's Statement of Damages, in which Plaintiff is seeking $315,629.40, medical expenses in the amount of $68,809.50, future medical expenses in the amount of $36,500.00 and loss of earnings in the amount of $33,640.00.  Attached please find Plaintiff's Statement of Damages as Exhibit "D."

5.     Plaintiff, ANTHONY SPARKS, was and is a citizen of the State of California, and Target was and is a citizen of the State of Minnesota, where it is incorporated and where its principal place of business and nerve center are located.

/ / /

/ / /

2

1      6.     TARGET CORPORATION is the only named Defendant in this action,

2  and is the only Defendant that has been served with the summons and complaint in

3  this action.

4

5  DATED:  December 28, 2020        PRINDLE GOETZ BARNES

6                            & REINHOLTZ, LLP

7

8

9

10                            R. Derek Classen
Attorneys for Defendant
TARGET CORPORATION

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. §1441(b) [DIVERSITY

# EXHIBIT "A"

Electronically FILED by Superior Court of California, County of Los Angeles on 09/15/2020 02:35 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez, Deputy Clerk
20STCV35249

Assigned for all purposes to: Spring Street Courthouse, Judicial Officer: Stephen Goorvitch

**PLD-PI-001**

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address)*:<br>Randal S. Oakley. SBN: 208487. Action Lawyers, PC<br>3452 E. Foothill Blvd., Suite 1170<br>Pasadena, CA 91107<br><br>TELEPHONE NO.: (626) 240-2813   FAX NO. *(Optional)*: (626) 410-6712<br>E-MAIL ADDRESS *(Optional)*: randal@actionlawyersusa.com<br>ATTORNEY FOR *(Name)*: Plaintiff Anthony Sparks | **FOR COURT USE ONLY** |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, 90012
BRANCH NAME: Stanley Mosk

| | |
|---|---|
| PLAINTIFF: Anthony Sparks<br>DEFENDANT: Target Corporation<br>[X] DOES 1 TO 10        INCLUSIVE | |
| **COMPLAINT—Personal Injury, Property Damage, Wrongful Death**<br>[ ] **AMENDED** *(Number)*:<br>Type *(check all that apply)*:<br>[ ] MOTOR VEHICLE   [X] OTHER *(specify)*: Premise Liability<br>  [ ] Property Damage   [ ] Wrongful Death<br>  [X] Personal Injury   [ ] Other Damages *(specify)*: | **CASE NUMBER:**<br><br>20STCV35249 |

Jurisdiction *(check all that apply)*:
[ ] **ACTION IS A LIMITED CIVIL CASE**
    Amount demanded   [ ] does not exceed $10,000
                      [ ] exceeds $10,000, but does not exceed $25,000.
[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)**
[ ] **ACTION IS RECLASSIFIED by this amended complaint**
    [ ] from limited to unlimited
    [ ] from unlimited to limited

1. Plaintiff *(name or names)*: Anthony Sparks

   alleges causes of action against defendant *(name or names)*:
   TARGET CORPORATION; Does 1 to 10 inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: Four

3. Each plaintiff named above is a competent adult
   a. [X] except plaintiff *(name)*: Target Corporation
      (1) [X] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] except plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor   [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2007]
**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
Code of Civil Procedure, § 425.12<br>www.courts.ca.gov

PLD-PI-001

| SHORT TITLE:<br>Sparks v. Target Corp. | CASE NUMBER. |
| --- | --- |

4. ☐ Plaintiff *(name):*

    is doing business under the fictitious name *(specify):*

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

  a. ☒ except defendant *(name):* Target Corporation
    (1) ☐ a business organization, form unknown
    (2) ☒ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  c. ☐ except defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  b. ☐ except defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  d. ☐ except defendant *(name):*
    (1) ☐ a business organization, form unknown
    (2) ☐ a corporation
    (3) ☐ an unincorporated entity *(describe):*

    (4) ☐ a public entity *(describe):*

    (5) ☐ other *(specify):*

  ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☒ Doe defendants *(specify Doe numbers):* 1-10, inclusive     were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☒ Doe defendants *(specify Doe numbers):* 1-10, inclusive     are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☒ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property<br>Damage, Wrongful Death**

**PLD-PI-001**

| SHORT TITLE:<br>Sparks v. Target Corp. | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:

a. ☐  Motor Vehicle

b. ☒  General Negligence

c. ☐  Intentional Tort

d. ☐  Products Liability

e. ☐  Premises Liability

f. ☐  other *(specify)*

11. Plaintiff has suffered

a. ☒  wage loss

b. ☐  loss of use of property

c. ☒  hospital and medical expenses

d. ☒  general damage

e. ☐  property damage

f. ☒  loss of earning capacity

g. ☐  other damage *(specify)*

12. ☐  The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐  listed in Attachment 12.

b. ☐  as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☒  compensatory damages

(2) ☒  punitive damages

The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:

(1) ☒  according to proof

(2) ☐  in the amount of $

15. ☐  The paragraphs of this complaint alleged on information and belief are as follows: *(specify paragraph numbers)*:

Date: September 15, 2020

Randal S. Oakley

_____
(TYPE OR PRINT NAME)

▶  *llm S. Ok*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001(4)

| SHORT TITLE:<br>Sparks v. Target Corp. | CASE NUMBER |
|---|---|

_____ **CAUSE OF ACTION—Premises Liability**    Page    Four
        (number)

ATTACHMENT TO [x] Complaint.    [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. *(name):* Anthony Sparks

        alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.

    On *(date):* 10/23/2019                plaintiff was injured on the following premises in the following

    fashion *(description of premises and circumstances of injury):*
    Liquid on floor, without any proper signage posted or any safety measures to prevent accident. Plaintiff slipped and fell back
    and head first to the ground

Prem.L-2. [x]  **Count One—Negligence** The defendants who negligently owned, maintained, managed and
        operated the described premises were *(names):*
        Target Corporation

        [x] Does 1_____ to 10 Inclusive_____

Prem.L-3. [x]  **Count Two—Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully
        or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were
        *(names):*
        Target Corporation

        [x] Does 1_____ to 10 Inclusive_____

        Plaintiff, a recreational user, was    [ ] an invited guest    [x] a paying guest.

Prem.L-4. [x]  *Count Three—Dangerous Condition of Public Property* The defendants who owned public property
        on which a dangerous condition existed were *(names):*
        Target Corporation

        [x] Does 1_____ to 10 Inclusive_____
        a.  [x]  The defendant public entity had   [ ] actual   [x] constructive notice of the existence of the
             dangerous condition in sufficient time prior to the injury to have corrected it.
        b.  [x]  The condition was created by employees of the defendant public entity.

Prem.L-5.a. [ ]  **Allegations about Other Defendants** The defendants who were the agents and employees of the other
        defendants and acted within the scope of the agency were *(names):*

        [ ] Does _____ to _____
        b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are
             [ ] described in attachment Prem.L-5.b   [ ] as follows *(names):*

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California  PLD-
PI-001(4) [Rev. January 1, 2007]    **CAUSE OF ACTION—Premises Liability**    Code of Civil Procedure, § 425.12
www.courts.ca.gov

# EXHIBIT "B"

9-16-20 @ 00

Electronically FILED by Superior Court of California, County of Los Angeles on 09/15/2020 02:35 PM Sherri R. Carter, Executive Officer/Clerk of Court, by H. Flores-Hernandez,Deputy Clerk
20STCV35249

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
TARGET CORPORATION and DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Anthony Sparks

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* Stanley Mosk Courthouse 111 N. Hill St. Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):* 20STCV35249 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Randal S. Oakley 3452 E. Foothill Blvd., Suite 1170 Pasadena CA, 91107 (626) 240-2813

| DATE: *(Fecha)* 09/15/2020 09/15/2020 | Clerk, by *(Secretario)* Sherri R. Carter Executive Officer / Clerk of Court H. Flores-Hernandez | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served



1. [ ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [X] on behalf of *(specify):* **Target Corporation**

under: [X] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)     [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)     [ ] CCP 416.90 (authorized person)
[ ] other *(specify):*

4. [X] by personal delivery on *(date)* 9-16-20

**SUMMONS**

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

Code of Civil Procedure §§ 412.20, 465
www.courts.ca.gov

# EXHIBIT "C"

Electronically FILED by Superior Court of California, County of Los Angeles on 11/06/2020 09:34 AM Sherri R. Carter, Executive Officer/Clerk of Court, by R. Yanez,Deputy Clerk

1   Prindle Goetz Barnes & Reinholtz, LLP
    R. Derek Classen (SBN 162805)
2   310 Golden Shore
    4th Floor
3   Long Beach, CA, 90017
    Tel: (562) 436-3946
4   Fax: (562) 495-0564
    dclassen@prindlelaw.com
5   TARG-0480
    Attorneys forDefendant
6   TARGET CORPORATION

7

8

            **SUPERIOR COURT OF THE STATE OF CALIFORNIA**
9

              **FOR THE COUNTY OF LOS ANGELES**
10

11   ANTHONY SPARKS,                 CASE NO: 20STCV35249

12               PLAINTIFF,      **DEFENDANT TARGET CORPORATION'S ANSWER TO FIRST**
13       vs.                   **AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY**

14   TARGET CORPORATION AND DOES 1 TO
    10, INCLUSIVE,
15                         Judge      Stephen I. Goorvitch
             DEFENDANT.     Dept.:      32
16                         Trial Date: March 15, 2022
                        Date Filed: September 15, 2020
17

18

19       Defendant,TARGET   CORPORATION   ("Defendant")   hereby   answers   the   First

20 AmendedComplaint ("Complaint") filed by PlaintiffANTHONY SPARKS ("Plaintiff"):

21                 **GENERAL AND SPECIFIC DENIALS**

22       Pursuant to the provisions of California Code of Civil Procedure section 431.30(d),

23 Defendantdenies, generally and specifically, each and every allegation contained in the Complaint,

24 and further denies that Plaintiffhas been damaged in the amount or amounts alleged therein, or in

25 any other amount, or at all, by reason of any act or omission on the part of Defendant, or by any

26 act or omission by any agent or employee of Defendant.  Defendant further denies, generally and

27 specifically, that Plaintiffis entitled to any relief whatsoever.

28   / / /

                              1

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

#### (Failure to State a Cause of Action)

The Complaint, and each and every cause of action alleged therein fails to state facts sufficient to constitute a cause of action for which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

#### (Accidental or Unavoidable Injury)

The Complaint, and each and every cause of action alleged therein, is barred because Defendant was not negligent at the time of the accident.

### THIRD AFFIRMATIVE DEFENSE

#### (Acts of Other Parties)

Defendant alleges that, if Defendant is subjected to any liability by Plaintiff, it will be due in whole or in part to the acts and/or omissions of other parties, or parties unknown at this time, and any recovery obtained by Plaintiff should be barred or reduced according to law, up to and including the whole thereof.

### FOURTH AFFIRMATIVE DEFENSE

#### (Assumption of Risk)

The Complaint, and each and every cause of action alleged therein, is barred in that Plaintiff, with full knowledge of all risks attendant thereto, voluntarily and knowingly assumed any and all risks attendant upon Plaintiff's conduct, including any purported damages alleged to be related thereto and proximately caused thereby.

### FIFTH AFFIRMATIVE DEFENSE

#### (Comparative Negligence)

Defendant alleges that Plaintiff was negligent, and otherwise at fault, with regard to the events alleged in the Complaint, and such negligence and fault is the proximate cause of any liabilities or damages Plaintiff may incur.  Accordingly, Plaintiff's recovery, if any, should be precluded or reduced in proportion to their negligence and fault.

/ / /

### SIXTH AFFIRMATIVE DEFENSE

#### (Estoppel)

The Complaint, and each and every cause of action alleged therein, is barred by the doctrine of estoppel.

### SEVENTH AFFIRMATIVE DEFENSE

#### (Exercise of Reasonable Care)

Defendant exercised reasonable care and did not know, and in the exercise of reasonable care could not have known, of the alleged acts or allegations in connection with the conditions which are the subject of the Complaint.

### EIGHTH AFFIRMATIVE DEFENSE

#### (Failure of Others to Exercise Reasonable Care)

If Defendant is subjected to any liability herein, it will be due in whole, or in part, to the acts and/or omissions of other Defendants or other parties unknown at this time, and any recovery obtained by Plaintiff should be barred or reduced according to law, up to and including the whole thereof.

### NINTH AFFIRMATIVE DEFENSE

#### (Failure to Exercise Ordinary Care)

The Complaint, and each and every cause of action alleged therein, is barred in that Plaintiff failed to exercise ordinary and reasonable care on Plaintiff's own behalf and such negligence and carelessness was a proximate cause of some portion, up to and including the whole of, Plaintiff's own alleged injuries and damages, if any, and Plaintiff's recovery therefore should be barred or reduced according to law, up to and including the whole thereof.

### TENTH AFFIRMATIVE DEFENSE

#### (Failure to Mitigate Damages)

Plaintiff failed to take reasonable steps and make reasonable expenditures to reduce Plaintiff's claims, damages, losses, if any, and that said failure to mitigate Plaintiff's damages bars or reduces any claims, losses, or damages.

/ / /

ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

### ELEVENTH AFFIRMATIVE DEFENSE

#### (Intervening Acts of Others)

The Complaint, and each and every cause of action alleged therein, is barred because the injuries and damages sustained by Plaintiff, if any, were proximately caused by the intervening and superseding actions of others, which intervening and superseding actions bar and/or diminish Plaintiff's recovery, if any, against Defendant.

### TWELFTH AFFIRMATIVE DEFENSE

#### (Laches)

The Complaint, and each and every cause of action alleged therein, is barred by the doctrine of laches.

### THIRTEENTH AFFIRMATIVE DEFENSE

#### (Lack of Notice)

Defendant alleges that it did not have either actual or constructive notice of the conditions, if any, which existed at the time and places mentioned in the Complaint, which conditions may have caused or contributed to the damages as alleged herein. Said lack of notice prevented Defendant from undertaking any measures to protect against or warn of said conditions.

### FOURTEENTH AFFIRMATIVE DEFENSE

#### (Lack of Particularity)

The Complaint, and each and every cause of action alleged therein, is barred in that Plaintiff failed to particularize the claims in the Complaint, thereby depriving Defendant of the ability to ascertain the true bases of Plaintiff's claim, if any, and the law applicable to the claim.

### FIFTEENTH AFFIRMATIVE DEFENSE

#### (Lack of Standing)

The Complaint, and each and every cause of action alleged therein, is barred because Plaintiff lacks standing.

/ / /

/ / /

/ / /

## SIXTEENTH AFFIRMATIVE DEFENSE

### (Obvious Danger)

Defendant alleges that Plaintiff failed to exercise reasonable and ordinary care, caution, or prudence for Plaintiff's own safety in order to avoid the alleged accident. The resulting injuries and damages, if any, sustained by Plaintiff were proximately caused and contributed to by the negligence of Plaintiff, in that any possible danger with regard to the accident in question was obvious to anyone using reasonable care.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (Reimbursement)

Defendant alleges that any reimbursement, from whatever source, to Plaintiff of the alleged damages must be applied against any liability of Defendant.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (Res Judicata/Collateral Estoppel)

The Complaint, and each and every cause of action alleged therein, is barred by the doctrines of res judicata and/or collateral estoppel.

## NINETEENTH AFFIRMATIVE DEFENSE

### (Several Liability for Non-Economic Damages)

If Defendant has any liability to Plaintiff in this action, which is denied, it is only severally liable for Plaintiff's non-economic damages under California Civil Code sections 1431.1 and 1431.2. Therefore, Defendant requests a judicial determination of the percentage of its negligence, if any, which proximately contributed to the subject incident.

## TWENTIETH AFFIRMATIVE DEFENSE

### (Statute of Limitations)

The Complaint, and each and every cause of action alleged therein, is barred by the applicable statute of limitations, including, but not limited to, Government Code sections 12960 and 12965; Code of Civil Procedure sections 335.1, 337, 338, 339, 340 and 343; and Business and Professions Code section 17208.

///

5

### TWENTY-FIRST AFFIRMATIVE DEFENSE

**(Uncertainty)**

Defendant alleges that the causes of action in the Complaint, and each of them, are uncertain and ambiguous as to Plaintiff's claim for damages against Defendant.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

**(Waiver)**

The Complaint, and each and every cause of action alleged therein, is barred by Plaintiff's waiver.

### TWENTY-THIRD AFFIRMATIVE DEFENSE

**(Willful Misconduct)**

Defendant alleges that if Plaintiff was injured and/or damaged as set forth in the Complaint, or in any other way, sum or manner, or at all, then said injuries and/or damages and the whole thereof, proximately and concurrently resulted from and were caused, in whole or in part, by the willful and serious misconduct on the part of the Plaintiff with regard to each and every activity at the times and places mentioned in the Complaint and all times relevant thereto.

### TWENTY-FOURTH AFFIRMATIVE DEFENSE

**(Additional Defenses)**

Defendant may have additional defenses that cannot be articulated due to Plaintiff's failure to particularize Plaintiff's claims, due to the fact that Defendant does not have copies of certain DOCUMENTS bearing on Plaintiff's claims and due to Plaintiff's failure to provide more specific information concerning the nature of the damage claims and claims for certain costs for which Plaintiff alleges that Defendant may share some responsibility. Defendant therefore reserves the right to assert additional defenses upon further particularization of Plaintiff's claims, upon examination of the DOCUMENTS provided, upon discovery of further information concerning the alleged damage claims and claims for costs, and upon the development of other pertinent information.

/ / /

/ / /

ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

### TWENTY-FIFTH AFFIRMATIVE DEFENSE

#### (Trivial or Insignificant Defect)

If any defect or defective condition is found in defendant's property or equipment, such defect was merely a trivial or insignificant defect.

#### PRAYER FOR RELIEF

WHEREFORE, Defendant prays for judgment as follows:

1. That Plaintiff takes nothing by way of the Complaint;

2. That judgment be entered against Plaintiff and in favor of Defendant on all causes of action;

3. That Defendant be awarded attorneys' fees and costs of suit incurred herein; and

4. That Defendant be awarded such other and further relief as the Court may deem just and proper.


DATED:  November 6, 2020                    PRINDLE GOETZ BARNES & REINHOLTZ, LLP


_____

R. Derek Classen
Attorneys for Defendant
TARGET CORPORATION

7

ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

## DEMAND FOR JURY TRIAL

Defendant hereby demands a trial by jury in the above-entitled matter.

DATED:  November 6, 2020    PRINDLE GOETZ BARNES & REINHOLTZ, LLP

R. Derek Classen
Attorneys for Defendant
TARGET CORPORATION

8

ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

TARG-0480

**PROOF OF SERVICE**
*Anthony Sparks v. Target Corporation*
Case No.  20STCV35249

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and am not a party to this action.  My business address is 310 Golden Shore, Fourth Floor, Long Beach, California 90802.

On November 6, 2020, I served the foregoing document described as **DEFENDANT TARGET CORPORATION'S ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

SEE ATTACHED SERVICE LIST

☐ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.  I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet.  Said transmission was reported complete and without error.

☐ **(By Personal Service)** I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed  package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☒ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☒ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2020, at Long Beach, California.

*Leti Gutierrez*
LETI GUTIERREZ

9

ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

TARG-0480

*Anthony Sparks v. Target Corporation*
*Case No. 20STCV35249*

## SERVICE LIST

### Attorneys for Plaintiff

Randal S. Oakley, Esq.
ACTION LAWYERS, P.C.
3452 S. Foothill Blvd., Suite 1170
Pasadena, California 91107

Telephone:    626-410-6174
Facsimile:    626-410-6712
E-Mail:       randal@actionlawyersusa.com

TARG-0480

ANSWER TO FIRST AMENDED COMPLAINT AND DEMAND FOR TRIAL BY JURY

# EXHIBIT "D"

**- DO NOT FILE WITH THE COURT-**

CIV-050

**-UNLESS YOU ARE APPLYING FOR A DEFAULT JUDGMENT UNDER CODE OF CIVIL PROCEDURE § 585 -**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):*   TELEPHONE NO.:  (626) 405-9292 | FOR COURT USE ONLY |
|---|---|
| Randal S. Oakley, SBN: 208487;<br>Action Lawyers, PC<br>3452 E. Foothill Blvd., Suite 1170<br>Pasadena, CA 91107<br><br>ATTORNEY FOR *(Name):*  Plaintiff ANTHONY SPARKS | |

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES |
|---|
| STREET ADDRESS:  111 N. HILL ST. |
| MAILING ADDRESS: |
| CITY AND ZIP CODE:   LOS ANGELES 90012 |
| BRANCH NAME:  STANLEY MOSK |

| Plaintiff:  ANTHONY SPARKS |
|---|
| Defendant:  TARGET CORPORATION |

| STATEMENT OF DAMAGES<br>(Personal Injury or Wrongful Death) | CASE NUMBER<br>20STCV3529 |
|---|---|

To *(name of one defendant only):*  TARGET CORPORATION
Plaintiff *(name of one plaintiff only):* ANTHONY SPARKS
seeks damages in the above-entitled action, as follows:

AMOUNT

1. **General damages**
   a. [ x ] Pain, suffering, and inconvenience ............................................................ $315,929.40
   b. [  ] Emotional distress. .................................................................................... $_____
   c. [  ] Loss of consortium ................................................................................... $_____
   d. [  ] Loss of society and companionship *(wrongful death actions only)* .............. $_____
   e. [  ] Other *(specify):* .......................................................................................... $_____
   f. [  ] Other *(specify):* .......................................................................................... $_____
   g. [  ] Continued on Attachment 1.g.

2. **Special damages**
   a. [ x ] Medical expenses *(to date)* ...................................................................... $68,809.80
   b. [ x ] Future medical expenses *(present value)* ................................................ $36,500.00
   c. [ x ] Loss of earnings *(to date)* ........................................................................ $33,640.00
   d. [  ] Loss of future earning capacity *(present value)* ........................................ $_____
   e. [  ] Property damage .................................................................................... $_____
   f. [  ] Funeral expenses *(wrongful death actions only)* ...................................... $_____
   g. [  ] Future contributions *(present value) (wrongful death actions only)* ............ $_____
   h. [  ] Value of personal service, advice, or training *(wrongful death actions only)* ... $_____
   i. [  ] Other *(specify):* .......................................................................................... $_____
   j. [  ] Other *(specify):* .......................................................................................... $_____
   k. [  ] Continued on Attachment 2.k.

3. [  ] **Punitive damages:** Plaintiff reserves the right to seek punitive damages in the amount of *(specify)*  $_____
   when pursuing a judgment in the suit filed against you.

Date: 12/11/2020

Randal S. Oakley
_____
(TYPE OR PRINT NAME)

▶ *(signature)*
_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY FOR PLAINTIFF)

(Proof of service on reverse)

Page 1 of 2

**STATEMENT OF DAMAGES**
**(Personal Injury or Wrongful Death)**

Code of Civil Procedure, §§ 425.11, 425.115
www.courtinfo.ca.gov

TARG-0480

**PROOF OF SERVICE**
*Anthony Sparks v. Target Corporation*
*Case No.  20STCV35249*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 years and am not a party to this action.  My business address is 310 Golden Shore, Fourth Floor, Long Beach, California 90802.

On December 28, 2020, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [DIVERSITY]** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

SEE ATTACHED SERVICE LIST

☒ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.  I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet.  Said transmission was reported complete and without error.

☐ **(By Personal Service)** I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☒ **(By E-Mail)** I transmitted a copy of the foregoing documents(s) via e-mail to the addressee(s).

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 28, 2020, at Long Beach, California.

*Leti Gutierrez*
LETI GUTIERREZ

4

TARG-0480

*Anthony Sparks v. Target Corporation*
Case No.  20STCV35249

**SERVICE LIST**

<u>**Attorneys for Plaintiff**</u>

Randal S. Oakley, Esq.
ACTION LAWYERS, P.C.
3452 S. Foothill Blvd., Suite 1170
Pasadena, California 91107

Telephone:      626-410-6174
Facsimile:      626-410-6712
E-Mail:         randal@actionlawyersusa.com

TARG-0480

5

NOTICE OF REMOVAL OF ACTION UNDER
28 U.S.C. §1441(b) [DIVERSITY