JS-6

PRINDLE GOETZ BARNES & REINHOLTZ, LLP
R. Derek Classen (SBN 162805)
One World Trade Center, Suite 1100
Long Beach, CA, 90831
Tel: (562) 436-3946
Fax: (562) 495-0564
dclassen@prindlelaw.com
TARG-0480
Attorneys for Defendant
TARGET CORPORATION

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| ANTHONY SPARKS,<br><br>PLAINTIFF,<br><br>vs.<br><br>TARGET CORPORATION AND DOES 1 TO 10, INCLUSIVE,<br><br>DEFENDANT. | CASE NO: CV 20-11662 GW Ex<br><br>**JUDGMENT FOLLOWING TARGET CORPORATION'S MOTION FOR SUMMARY JUDGMENT**<br><br>DATE:   November 4, 2021<br>TIME:   8:30 A.M.<br>CTRM:   9D |

Pursuant to this Court's granting Defendant, TARGET CORPORATION'S Motion for Summary Judgment, Judgment is entered in favor of Defendant, TARGET CORPORATION and against Plaintiff, ANTHONY SPARKS.  Plaintiff shall take nothing; Defendant TARGET CORPORATION is entitled to its recoverable costs pursuant to FRCP 54.

DATED:  November 8, 2021

_____
HON. GEORGE H. WU, U.S. District Judge

---

1
[PROPOSED] JUDGMENT FOLLOWING MOTION FOR SUMMARY JUDGMENT